# Electronic Articles of Incorporation
# For

N20000001796
FILED
February 13, 2020
Sec. Of State
tjschroeder

FLORIDA FAIR HOUSING ALLIANCE, INC.

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:

FLORIDA FAIR HOUSING ALLIANCE, INC.

## Article II
The principal place of business address:

1736 NORTH EAST 171 STREET
NORTH MIAMI BEACH, FL.   33162

The mailing address of the corporation is:

1736 NORTH EAST 171 STREET
NORTH MIAMI BEACH, FL.   33162

## Article III
The specific purpose for which this corporation is organized is:

CHARITABLE. ELIMINATING PREJUDICE AND DISCRIMINATION OF HUMAN AND CIVIL RIGHTS SECURED BY LAW.

## Article IV
The manner in which directors are elected or appointed is:

AS PROVIDED FOR IN THE BYLAWS.

## Article V
The name and Florida street address of the registered agent is:

RYAN J TURIZO
1736 NORTH EAST 171 STREET
NORTH MIAMI BEACH, FL.   33162

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   RYAN TURIZO



DEFENDANT'S EXHIBIT
1A

N20000001796
FILED
February 13, 2020
Sec. Of State
tjschroeder

## Article VI
The name and address of the incorporator is:
RYAN TURIZO
1736 NORTH EAST 171 STREET

NORTH MIAMI BEACH, FLORIDA 33162

Electronic Signature of Incorporator:   RYAN TURIZO

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII
The initial officer(s) and/or director(s) of the corporation is/are:
Title:   P
RYAN J TURIZO
1736 NORTH EAST 171 STREET
NORTH MIAMI BEACH, FL.   33162

Title:   VP
AMY R BETIT
8990 AZALEA SANDS LANE
DAVENPORT, FL.   33896

Title:   COO
JUAN C TURIZO
1736 NORTH EAST 171 STREET
NORTH MIAMI BEACH, FL.   33162

## Article VIII
The effective date for this corporation shall be:
02/14/2020





March 18, 2020

**ATTN: David R. Topping**
Top Well, LLC
*d/b/a Palm Court Apartment at Wellington*
152 West 57th Street, 12th Floor
New York, New York 10019

> **Re:**   **FLORIDA FAIR HOUSING ALLIANCE, INC v. TOP WELL, LLC d/b/a PALM COURT APARTMENT AT WELLINGTON**
> *VIOLATION OF THE FAIR HOUSING ACT*

Mr. Topping:

Our office has been retained by the Florida Fair Housing Alliance, Inc. (the "FFH Alliance") with respect to the above referenced matter. On March 13, 2020, the FFH Alliance investigated the "Palm Court" apartment community, located at 711 Forest Club Drive, Wellington, Florida 33414, (the "Complex") owned by Top Well, LLC ("TW") for discriminatory housing practices in violation of the 42 U.S.C. § 3601 *et seq.*, the Fair Housing Act. As part of this investigation, the FFH Alliance directed Ryan Turizo ("Mr. Turizo"), a Hispanic/Latino male with a felony conviction, to test the Complex for unlawful discriminatory housing practices. In so doing, Mr. Turizo contacted the Complex, posed as a potential rental applicant, and inquired into available rental property.

In response to Mr. Turizo's inquiry, at first, Mr. Turizo was told that property was available to rent at the Complex. However, once Mr. Turizo disclosed the existence of his (Mr. Turizo's) prior felony conviction, Mr. Turizo was informed that, due to the felony conviction, Mr. Turizo's rental application would be automatically denied.

As set forth in the enclosed lawsuit against TW by Mr. Turizo, the automatic denial of available property to applicants with a felony conviction violates the Fair Housing Act. Setting aside the issues of damages, our office, respectfully, asks that TW immediately cease automatically denying otherwise available property to applicants with a criminal record and provide assurance that such unlawful practice has been discontinued.

This letter is a pre-litigation courtesy and serves as an opportunity for TW to resolve this matter without formal litigation. Please contact our office by April 24, 2020, to discuss settlement. Our office will proceed with filing the enclosed lawsuit if TW fails to respond, or otherwise contact our office regarding this matter, by April 24, 2020. Your immediate attention to this matter is imperative. Our office looks forward to your response.

Sincerely,

**JIBRAEL S. HINDI, ESQ.**
E-mail: jibrael@jibraellaw.com
Phone: 954-907-1136

DEFENDANT'S EXHIBIT
2

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com

CM/ECF - Live Database - flsd - Query

# Select A Case

**Florida Fair Housing Alliance, Inc. is a plaintiff in 9 cases.**

| | | | |
|---|---|---|---|
| 0:20-cv-61120-FAM | Florida Fair Housing Alliance, Inc. v. PMG 11th Street Holdings, LLC | filed 06/05/20 | closed 06/12/20 |
| 1:20-cv-21091-MGC | Florida Fair Housing Alliance, Inc. v. Japanese Garden Mobile Estates, Inc. | filed 03/12/20 | closed 05/29/20 |
| 1:20-cv-21976-RNS | Florida Fair Housing Alliance, Inc. v. Park East-West Ltd. | filed 05/12/20 | |
| 1:20-cv-21994-KMW | Florida Fair Housing Alliance, Inc. v. Top Well, LLC | filed 05/12/20 | |
| 1:20-cv-22106-DPG | Florida Fair Housing Alliance, Inc. v. Deerpath On The Lake, LLC | filed 05/20/20 | |
| 1:20-cv-22113-DPG | Florida Fair Housing Alliance, Inc. v. Catalina Rental Apartments, Inc. | filed 05/20/20 | closed 06/11/20 |
| 1:20-cv-22269-KMM | Florida Fair Housing Alliance, Inc. v. Liberty Apt Highland, LLC | filed 06/01/20 | |
| 1:20-cv-22664-KMW | Florida Fair Housing Alliance, Inc. v. 601 Ocean Investments, LLC | filed 06/26/20 | |
| 1:20-cv-22665-DPG | Florida Fair Housing Alliance, Inc. v. The Palm Bay Grand, LLC | filed 06/26/20 | |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| |

DEFENDANT'S EXHIBIT 3