

# Florida Department of Agriculture and Consumer Services
## Division of Consumer Services

### SMALL CHARITABLE ORGANIZATIONS/SPONSORS APPLICATION



Solicitation of Contributions Act
Chapter 496, Florida Statutes
Rule 5J-7.004, Florida Administrative Code

1-800-HELP-FLA (435-7352) • (850) 410-3800 *Calling Outside Florida*
www.800helpfla.com • (850) 410-3804 *Fax*

> Return completed application to:
>
> FDACS
> Solicitation of Contributions
> 2005 Apalachee Parkway
> Tallahassee, FL 32399-6500

All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S. PLEASE TYPE OR PRINT. Additional pages may be attached if additional space is needed using the same format. Please ensure that all attachments reflect the organization's name or registration number and the number of the corresponding question.

## Business Information

[✓] **New Application**  [ ] Renewal  CH _____  DTN _____
*(as listed on the preprinted renewal application)*

**1. Legal Name of Organization:**
Florida Fair Housing Alliance, Inc.

**\* Fictitious (DBA) Name:**
N/A

*If you are a Florida organization, all fictitious names must be registered with the Florida Department of State, Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations.*

**Other Names Soliciting As:**
N/A

**2. Street Address** *(include APT or SUITE # in all address lines; addresses must match those filed with the Division of Corporations):*
1736 N.E. 171 Street

**City:** North Miami Beach   **State:** FL.   **Zip Code:** 33162

**Mailing Address** *(if different from above):*
_____

**City:** _____   **State:** ___   **Zip Code:** _____

**3. Telephone Number:** (954) 274-7720   **Fax Number:** ( ___ ) ___-___

**Email Address for Organization:** Floridafairhousingalliance@gmail.com

**Website:** www.Floridafairhousingalliance.org

**4. Federal Employer ID Number:** *[s.119.092, F.S.]*
84-4792747

**5. Month/Day fiscal year ends:** *[s. 496.406(2)(c), F.S.]*  12 / 31
   *Month / Day*

**6. Has organization been granted tax exempt status by the Internal Revenue Service?** *[s. 496.406(2)(b), F.S.]*

[ ] Yes    501(c) (3)    [ ] No    [✓] Pending
              *(insert number)*

7. List the names, street addresses, and telephone numbers of the individuals or officers who have final responsibility for the final distribution of contributions: [s. 496.405(2)(d), F.S.] (attach additional sheets as necessary using the same format)

NOTE: Pursuant to s. 496.405(8), F.S., no charitable organization or sponsor, or an officer, director, trustee, or employee thereof, may not knowingly allow an officer, director, trustee, or employee of the charitable organization or sponsor to solicit contributions on behalf of such charitable organization or sponsor if such officer, director, trustee, or employee has, in any state, regardless of adjudication been convicted of, been found guilty of or pled guilty or nolo contendere to, or has been incarcerated within the last 10 years as a result of having previously been convicted of, or been found guilty of, or pled guilty or nolo contendere to, any felony within the last 10 years or any crime within the last 10 years involving fraud, theft, larceny, embezzlement, fraudulent conversion, misappropriation of property, or any crime arising from the conduct of a solicitation for a charitable organization or sponsor, or has been enjoined in any state from violating any law relating to a charitable solicitation. The prohibitions in this subsection also apply to a misdemeanor in another state which constitutes a disqualifying felony in this state.

Exemptions from public records apply to certain personal information about current or former law enforcement officers, judges, prosecutors, public defenders, firefighters, code enforcement officers and guardians ad litem and their families. For a complete list of exemptions, see Section 119.071(4), F.S. If you qualify for one of these exemptions, please do not list your home address and phone number below.

Name: Ryan Turizo
Title: President
Street Address: 17366 NE 171 street
City: North Miami Beach
State: FL   Zip Code: 33162
Telephone Number: (954) 274-7720
Compensated: ☐ Yes ☒ No
Criminal History: ☐ Yes ☒ No
Exempt from public records [s. 119.071(4), F.S.]: ☐ Yes ☒ No

Name: Amy Betit
Title: Vice President
Street Address: 8990 Azalea Sands Lane
City: Davenport
State: FL   Zip Code: 33896
Telephone Number: (954) 305-5572
Compensated: ☐ Yes ☒ No
Criminal History: ☐ Yes ☒ No
Exempt from public records [s. 119.071(4), F.S.]: ☐ Yes ☒ No

**8.** What is the purpose for which the organization is organized? [s. 496.405(2)(a), F.S.]

Charitable. Eliminating Prejudice and discrimination of human and civil right secured by law.

**9.** What is the purpose for which the contributions will be used? [s. 496.405(2)(b), F.S.]

To further our mission in providing equal and fair housing to all in compliance with the Fair Housing Act.

## Financial Statement

FOR ORGANIZATIONS HAVING UNDER $25,000 TOTAL REVENUE FOR FISCAL YEAR ENDING 12 / 31 / 2020

Organization Name: Florida Fair Housing Alliance, Inc.

CH _____ (as issued by the department)

DTN _____ (as listed on the preprinted renewal application)

**NOTE:** In lieu of completing the following financial statement, you may send the IRS form 990 and all attached schedules or the IRS form 990-EZ and Schedule O.

IRS form 990N – ePostcard or IRS 990-PF are NOT acceptable financial statements.

☒ Yes  ☐ No   If newly formed, is this to be considered a budget?
☐ Yes  ☒ No   Is this a consolidated financial statement for chapters, branches and affiliates?
☐ Yes  ☒ No   Did anyone receive pay or benefits (member, officer or employee)?

**REVENUE**

1. Contributions, gifts, grants, and similar amounts received — 1. 0
2. Government grants (must list sources and amounts) — 2. 0
3. Inventory sales
   a. Gross Revenue — 3a. 0
   b. Less costs — 3b. 0
   c. Net Income — 3c. 0
4. Special fundraising events
   a. Gross revenue — 4a. 0
   b. Less expenses — 4b. 0
   c. Net Income — 4c. 0
5. In-kind contributions and services — 5. 0
6. Federated campaigns (must list sources and amounts) — 6. 0
7. Program service revenue — 7. 0
8. Membership dues and assessments — 8. 0
9. Other revenue (must list sources and amounts) — 9. 0
10. TOTAL REVENUE (add lines 1 through 9) — 10. 0

**EXPENSES**

1. Program services (including payments to affiliates) — 1. 0
2. Management and general — 2. 0
3. Fundraising — 3. 0
4. TOTAL EXPENSES (add lines 1 through 3) — 4. 0

## Certification

I, __Ryan Tupiza__ (Name), am the __President__ (Title), of __Florida Fair Housing Alliance, Inc.__ (Name of Organization or Company)

and further state as follows: (please check all that apply)

- [x] I certify that I am authorized to complete this application and the information provided is true and accurate. The above information is provided for the purpose of complying with the provisions of Chapter 496, Florida Statutes.

- [x] I certify that the above named charitable organization or sponsor has less than $25,000 in total revenue (including contributions).

- [x] I certify that the fundraising activities of the above named charitable organization or sponsor are carried on by volunteers, members, or officers who are not compensated and no part of the assets or income of the organization or sponsor inures to the benefit of or is paid to any officer or member of the above named charitable organization or sponsor.

- [x] I certify that the above named charitable organization or sponsor does not utilize a professional fundraising consultant, professional solicitor, or commercial co-venturer.

If all of the above are not certified, then FDACS-10100, Solicitation of Contributions Registration Application, Rev. 01/15 must be completed.

_Signature_  _Ryan Tupiza_ (Print or Type Name)

Date: 6/23/2020  Telephone Number: (954) 274-7720  Email Address: Floridafairhousingalliance@gmail.com